UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, Plaintiff, v. S. HATTON, et al., Defendants. | Case No. 17-cv-06612-SI<br><br>**ORDER OF DISMISSAL** |

On March 3, 2018, the court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted, and permitted plaintiff to file an amended complaint. Docket No. 7. Plaintiff filed an amended complaint. Docket No. 10. On August 1, 2018, the court determined that the amended complaint failed to state a claim upon which relief may be granted. Docket No. 11. The court granted plaintiff leave to file a second amended complaint no later than September 7, 2018, and cautioned that "[f]ailure to file the second amended complaint by the deadline will result in the dismissal of this action." *Id.* at 4. Plaintiff did not file a second amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and for the reasons stated in the order of dismissal with leave to amend and the order of dismissal with partial leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file

**IT IS SO ORDERED**.

Dated: October 2, 2018

SUSAN ILLSTON
United States District Judge