UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HATTON, et al.,<br><br>    Defendants. | Case No. 17-cv-06612-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 2, 2018

_____
SUSAN ILLSTON
United States District Judge